### FRANCISCUS vs. THE BANK OF MISSOURI.

APPEAL from St. Louis Court of Common Pleas.

Scott, J., delivered the opinion of the court.

This case is like the case of Franciscus vs. Martin, determined at the July term of this court, 1844, and the same disposition is made of it.